IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| CHRIS VANOVER,<br>Institutional ID No. 0209112 | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:24-CV-00010-C |
| CHIEF OLIVER, | § § § | |
| Defendant. | § § | |

## JUDGMENT

For the reasons stated in the Court's order of even date,

IT IS ORDERED, ADJUDGED, AND DECREED that the above-styled and -numbered cause is dismissed without prejudice.

Dated April 8, 2024.

_____
SAM R. CUMMINGS
Senior United States District Judge